**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Antonio VILLANUEVA, Defendant—**
**Appellant.**

No. 04–10420.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Debra R. Douglas, Esq., Office of the U.S. Attorney, Oakland, CA, for Plaintiff–Appellee.

George C. Boisseau, Esq., Santa Rosa, CA, for Defendant–Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Antonio Villanueva appeals from the 70–month sentence imposed after his guilty plea to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The record reflects that the district court would have imposed the same sentence had it been aware that the Sentenc-

---

ing Guidelines were advisory. *See United States v. Ameline,* 409 F.3d 1073, 1083 (9th Cir.2005) (en banc).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

